# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Jeffrey Mandell Fletcher,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-01 ADM

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Scott F. Tilsen shall appear as appointed counsel of record for the above named defendant in this case.

Dated: March 31, 2005

s/Scott F. Tilsen
SCOTT F. TILSEN
Attorney ID No. 11005X
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415