**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-002 (ADM) |
| | ) | Date: 4/1/05 |
| JEFFREY MANDELL FLETCHER, | ) | Court Reporter: Kristine Mousseau |
| | ) | Tape Number: N/A |
| Defendant. | ) | Time Commenced: 1:35 P.M. |
| | | Time Concluded: 1:40 P.M. |
| | | Time in Court: 0 Hours & 5 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 0 min/5 min

APPEARANCES:
Plaintiff: Andy Dunne
Defendant: Kate Menendez

Interpreter / Language: N/A // ENGLISH

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and ordered to appear

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Defendant waive preliminary revocation and detention hearing.
**NEXT APPEARANCE FOR FINAL REVOCATION HEARING BEFORE ADM ON 4/15/05, 9:30 A.M.**

s/Jonathan Lebedoff
Signature of Chief U.S. Magistrate Judge