A0 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

## District of Minnesota

US MARSHAL SERVICE MPLS, MN

UNITED STATES OF AMERICA

V.

Jeffrey Mandell Fletcher

## WARRANT FOR ARREST

CASE NUMBER: CR ~~02-1~~ 01-2 ADM

0541-0203-0586-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Jeffrey Mandell Fletcher

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

(By) Jackie Mehl, Deputy Clerk

February 3, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

A true printed copy in 2 sheet(s) of the electronic record filed on ______, in the United States District Court for the District of Minnesota.
CERTIFIED, 2/3, 2005.
~~RICHARD D. SLETTEN~~
BY: ______________
Deputy Clerk

ARRESTED ON 3-30-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______________

SCANNED
APR 5 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04