**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JEFFREY MANDELL FLETCHER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No: 01-02(ADM)<br>Date: August 30, 2005<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 3:34 p.m.<br>Time Concluded: 3:39 p.m.<br>Time in Court: 5 minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Andrew S. Dunne, Assistant United States Attorney
For Defendant: Scott F. Tilsen, Office of the Federal Public Defender

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: 12 months BOP to run consecutive to the 60 month sentence in Case No. 04-423 (JRT/FLN). No supervised release to follow in Case No. 01-02 (ADM).
: Written order to be issued.

s/Sarah E. Bagwell
Calendar Clerk